UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**SLOOTH, INC.,**

    Plaintiff,

v.                                     **No. 4:26-cv-0035-P**

**KICKZ, ET AL.,**

    Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 14. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The undersigned District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, this case is **DISMISSED without prejudice** pursuant to FRCP 41(b). *See Lowe v. Eltan, B.V.*, No. 9:05-CV-38, 2013 WL 1196536, at *8 (E.D. Tex. Feb. 21, 2013) ("When a corporation is unrepresented by counsel, the court may properly dismiss its claims."). This is a **FINAL JUDGMENT** for purposes of appeal.

**SO ORDERED** on this **23rd day of March 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE